**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANDREA SAMAYOA, individually and : Case No.: 1:22-cv-03389
on behalf of all others similarly situated, :
:
                 Plaintiff, :
:
           -against- :
:
iMOBILE, LLC and iMOBILE USA, LLC, :
:
             Defendants. :
-------------------------------------------------------------X

**NOTICE OF PLAINTIFFS'** *UNOPPOSED*
**MOTION FOR APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE THAT Plaintiff will move this Court, before the Honorable Rachel P. Kovner, on a date and time to be determined by the Court, for an Order granting Plaintiffs' *Unopposed* Motion for Approval of Settlement. Plaintiff's memorandum of law supports this Motion. Defendants do not oppose this Motion.

Dated: New York, New York
July 25, 2022

Respectfully submitted,

*/s/ Michael Palitz*

Michael J. Palitz
**SHAVITZ LAW GROUP, P.A.**
800 3rd Avenue, Suite 2800
New York, New York 10022
Tel:  (800) 616-4000
Fax:  (561) 447-8831
mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Camar R. Jones*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, Florida 33432
Tel:  (561) 447-8888
Fax:  (561) 447-8831

***Attorneys for Plaintiff and the Putative Collective***

*to be admitted *pro hac vice*